IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

VERSUS                                                    CRIMINAL ACTION NO. 2:00CR143

MARCUS BURT

**ORDER**

This cause is before the Court on the defendant's Motion for Correction of Sentencing [24-1]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied for the reasons articulated in the government's response to the instant motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Correction of Sentencing [24-1] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 10th day of June, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE