**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                        **CRIMINAL ACTION NO. 2:00CR143**

**MARCUS BURT**

## ORDER

This cause is before the Court on the defendant's Motion to Reconsider Ruling of February 7, 2007 [31]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion to Reconsider Ruling of February 7, 2007 [31] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 2nd day of October, 2007.

                                                                       /s/ W. Allen Pepper, Jr.
                                                                       W. ALLEN PEPPER, JR.
                                                                       UNITED STATES DISTRICT JUDGE